IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN A. HUDSON, JR., Petitioner | : | CIVIL ACTION |
| v. | : | |
| BRENDA TRITT, *et al.*, Respondents | : | NO. 13-4191 |

## ORDER

AND NOW, this 18th day of Nov., 2013 upon consideration of the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is TRANSFERRED to the United States District Court for the Middle District of Pennsylvania; and

3. Petitioner has neither shown a denial of a constitutional right, nor established that reasonable jurists would disagree with this court's disposition of his claims. Consequently, a certificate of appealability is DENIED.

IT IS SO ORDERED.

BY THE COURT:

MARY A. MCLAUGHLIN, J.